FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 13, 2021**

Christopher M. Wolpert
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANTOINE DWAYNE FRAZIER,

    Defendant - Appellant.

No. 20-4131
(D.C. No. 4:19-CR-00141-DN-1)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court on Appellant Antoine Dwayne Frazier's *Motion to Supplement the Record*, by which he seeks to supplement the record to include two media exhibits—a dash-cam video (Gov. Ex. 1) and a body-cam video (Govt. Ex. 2)—introduced by the Government at the suppression hearing held in district court. Appellant indicates that the Government does not oppose the relief requested in the motion.

Upon consideration, the motion is granted. Appellant may conventionally file the exhibits identified above on a CD/DVD/USB drive. The materials must be in a familiar file format that can be accessed using commonly-available media players. The files on the CD/DVD/USB drive must be named with a file-naming convention that clearly identifies each individual file. Absent the court's prior approval, neither the CD/DVD/USB drive nor any of the files saved thereon may be password protected.

At the same time that he submits paper copies of his electronically filed brief, Appellant shall provide opposing counsel with one copy of the CD/DVD/USB drive and shall provide the court with two copies. Each copy must be clearly labelled with the appeal name and number. Upon receipt, the Clerk will file the CD/DVD/USB drive as a supplement to the record on appeal.

Appellant's opening brief remains due on July 14, 2021.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        By: Candice Manyak
           Counsel to the Clerk